UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JEFFREY BRYANT, JOE JACKSON, JR.,
and JOSEPH MELLS,

    Plaintiffs,

v.                        Case No. 8:09-cv-283-T-30MAP

GULF TO BAY ROOFING, INC. and
JEFFREY WILEY,

    Defendants.
_____/

### ORDER OF DISMISSAL

Before the Court is the Joint Stipulation for Dismissal Without Prejudice (Dkt. #18). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice, with each party to bear their own costs and attorney's fees.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on February 11, 2010.

                                               JAMES S. MOODY, JR.
                                               UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2009\09-cv-283.dismissal 18.wpd